IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PATRICK, | ) |
| | ) |
| Plaintiffs, | ) |
| | )   CIVIL ACTION NO.  3:15cv296-WHA |
| | ) |
| CITIFINANCIAL CORP., LLC, | )   (wo) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Orders entered on this date and on June 30, 2015 (Doc. #12) dismissing the claims in this case, final judgment is hereby entered in favor of Citifinancial Corp., LLC and against the Plaintiff, Michael Patrick.

Costs are taxed against the Plaintiff.

Done this 8th day of September, 2015.

  /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE